UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLENE CRAWFORD                                                              PLAINTIFF

v.                                      No. 5:18-CV-05018

KARCHER NORTH AMERICA, INC.                                                    DEFENDANT

## JUDGMENT

For the reasons set out in the Court's opinion and order entered on this date, IT IS HEREBY ADJUDGED that Plaintiff Charlene Crawford have judgment on her complaint against Defendant Karcher North America, Inc. in the amount of $75,000, comprising all damages, costs, and attorney's fees in this action. Post-judgment interest will accrue at a rate of 2.43%.

IT IS SO ADJUDGED this 1st day of May, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE